FILED
JAMES BONINI
CLERK

2010 FEB 19 PM 3:26

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WESTERN DIV DAYTON

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| LISA TILTON, | : | |
| Plaintiff, | : | Case No. 3:09-cv-50 |
| - vs - | : | District Judge Walter Herbert Rice<br>Magistrate Judge Michael R. Merz |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #13), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that, pursuant to the fourth sentence of 42 U.S.C. Section 405(g), the Commissioner's decision that Plaintiff is not disabled is REVERSED and the matter is REMANDED to the Commissioner for additional administrative proceedings.

February 19, 2010.

Walter Herbert Rice
United States District Judge