# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

LISA TILTON,

                    Plaintiff,      :      Case No. 3:09-cv-050

                                      District Judge Walter Herbert Rice
  - vs -                              Magistrate Judge Michael R. Merz

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.      :

## RECUSAL ORDER

In light of the amendment of the General Order of Assignment and Reference to remove the undersigned from assignment to Social Security cases, the undersigned hereby RECUSES himself from further participation in this case and directs the Clerk to re-assign the case to one of the other Magistrate Judges at Dayton.

December 11, 2013.

                                                      s/ *Michael R. Merz*
                                                    United States Magistrate Judge