# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| LISA TILTON, | : | |
| Plaintiff, | : | |
| | : | Case No. 3:09cv00050 |
| vs. | : | |
| | | District Judge Walter Herbert Rice |
| CAROLYN W. COLVIN, | : | Chief Magistrate Judge Sharon L. Ovington |
| Acting Commissioner of the Social | | |
| Security Administration, | : | |
| Defendant. | : | |

## DECISION AND ENTRY

This case is before the Court upon the Motion For Allowance Of Attorney Fees filed by Plaintiff's attorney. (Doc. #17). The Acting Commissioner has neither responded to nor opposed the Motion, and the time for filing a Memorandum in Opposition has expired. *See* S.D. Ohio Civ. R. 7.2(a)(2).

The Motion seeks an award of attorney fees under 42 U.S.C. §406(b)(1) in the total amount of $10,000.00. (Doc. #17, PageID at 111). In the absence of a response or opposition by the Acting Commissioner, the Motion, Memorandum, and supporting Exhibits establish that an award of attorney fees is warranted under 42 U.S.C. §406(b)(1) in the amount the Motion seeks.

Accordingly, the Court hereby **ORDERS** that:

1. The Motion For Allowance Of Attorney Fees (Doc. #17) is GRANTED;

2. The Acting Commissioner shall pay Plaintiff's attorney fees pursuant to 42 U.S.C. §406(b)(1) in the amount of $10,000.00; and

3. The case remains terminated on the docket of this Court.

                                                           Walter Herbert Rice
                                                           United States District Judge